IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA     No. CR 09- 323 -KI

v.     INDICTMENT

RANDALL BRUCE TURNER,     18 U.S.C. §§ 2113(a), 2113(d)

Defendant.

THE GRAND JURY CHARGES:

### COUNT ONE (Armed Bank Robbery)

On or about August 24, 2009, in Multnomah County, within the District of Oregon, **RANDALL BRUCE TURNER**, defendant herein, did by force, violence or intimidation, unlawfully and knowingly take from the presence of employees of Key Bank, 1205 NE 102nd Avenue, Portland, Oregon, approximately $2,710.00 in United States currency, which money was then and there in the care, custody, control, management, and possession of Key Bank, whose deposits were insured by the Federal Deposit Insurance Corporation; and in committing said

///

///

///

///

///

offense, said defendant did assault and put in jeopardy the life of another person by the use of a dangerous weapon, to-wit: a pistol.

All of the above was in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

Dated this 25 day of August 2009.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

KENT S. ROBINSON
Acting United States Attorney

_____
FRED W. SLAUGHTER
Assistant United States Attorney

PAGE 2 - INDICTMENT - United States v. Randall Bruce Turner